IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| V. | ) | CR. NO. 08-00164-CG |
| | ) | |
| ANDRADIS BARNEY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter came on for a competency hearing on May 22, 2012, at which the parties advised that they had no additional evidence to present to rebut the Bureau of Prison's forensic report.  Therefore, the court adopts the findings of said report dated May 4, 2012, and finds by a preponderance of the evidence that the defendant, Andradis Barney, is competent to proceed with the revocation hearing.

**DONE and ORDERED** this 31st day of May, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE